UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15-CR-2354-AJB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| PLACIDO ROSADO-HERNANDEZ, | ((Doc. No. 23) |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information against defendant PLACIDO ROSADO-HERNANDEZ in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: December 4, 2015

Hon. Anthony J. Battaglia
United States District Judge